[Nos. 7665–9–II; 7666–7–II. Division Two. July 30, 1986.]

CASCADE SECURITY BANK, *Appellant,* v. NORTHERN
LIFE INSURANCE COMPANY, *Respondent.*

Appeals from a judgment of the Superior Court for Pierce County, No. 83–2–03366–4, Arthur W. Verharen, J., entered February 10, 1984. *Affirmed in part, reversed in*

*part,* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.